STEVEN T. RAPPOPORT
SRappoport@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

Attorney for Defendant
L-3 COMMUNICATIONS CORPORATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES STEUERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L-3 COMMUNICATIONS CORPORATION,<br><br>　　　　Defendant. | No. 1:11-cv-03385-JHR-MJS |

### L-3 COMMUNICATIONS CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant L3 Harris Technologies, Inc. f/k/a L-3 Communications Corporation states that it is a public corporation, it has no parent corporation, and no public corporation owns 10% or more of its stock.

Dated: June 30, 2021                    MORRISON & FOERSTER LLP

                                                  By:    /s/ Steven T. Rappoport
                                                              Steven T. Rappoport
                                                              250 West 55th Street
                                                              New York, NY 10019-9601
                                                              Tel: (212) 468-8000
                                                              Fax: (212) 468-7900
                                                              E-mail: SRappoport@mofo.com

                                                              W. Jay DeVecchio*
                                                              Edward Jackson*
                                                              *(Pro Hac Vice forthcoming)
                                                              2100 L St. N.W.
                                                              Washington, D.C.  20037
                                                              Tel: (202) 887-1500
                                                              Fax: (202) 887-0763
                                                              E-mail: JDeVecchio@mofo.com
                                                              E-mail: EJackson@mofo.com

                                                              *Attorneys for Defendant*
                                                              *L-3 Communications Corporation*